**142  SABIN vs. CIRCUIT JUDGE** (Hillsdale), No. 14499½.

To compel the dismissal of an appeal from an order of the Probate Court disallowing the probate of an alleged will.

Order to show cause denied November 20, 1894.

Relator and Frances E. Hawley are the only heirs of Samuel S. Sabin, who died leaving an instrument purporting to be his last will, in which certain bequests were made to relator and said Frances E. Hawley, and upon the happening of a certain contingency, to Clare W. and Harry G. Hawley, minor children, of said Frances E. Relator petitioned for the probate of said instrument. Frances E. was advised that the instrument was void upon its face and acting thereon, offered its probate, and, relator consenting, an order was made disallowing the instrument.

Subsequently relator produced a prior will more favorable to himself, of the existence of which Frances E. was ignorant, and presented the same for probate. Thereupon Frances E., on behalf of herself and her two children appealed to the Circuit Court, from the order of disallowance.

Relator moved the Circuit Court to dismiss the appeal because (1) the instrument had been disallowed at the instance of Frances E., and (2) that Clare W. and Harry G. Hawley were minors, and no next friend or guardian had been appointed before appeal taken. On the application to dismiss, a petition was filed asking for the appointment of a next friend, and in the order denying the motion the court made the appointment.